

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:10-cr-00020 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS ENRIQUE MARTINEZ-ROMERO, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; the United States' motion to dismiss is **GRANTED**; petitioner's 28 U.S.C. § 2255 motion is **DISMISSED**; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

Enter: This 30th day of July, 2012

Senior United States District Judge